JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI KILPATRICK, an individual, <br><br> Plaintiff, <br><br> v. <br><br> INSTANT FINANCIAL USA, INC., a Delaware Corporation; HIRENAMI, a business entity form unknown; VIDREACH, a business entity form unknown; KEVIN FROESE, an individual; RYAN VOLBERG, an individual; and DOES 1 through 50, inclusive; <br><br> Defendants. | CASE NO. 2:20-cv-08073 DSF (AFMx) <br><br> **ORDER RE: STIPULATION OF DISMISSAL** |

Pending before the Court is a Stipulation of Dismissal to dismiss this action with prejudice pursuant to FRCP 41(a)(1). Good cause appearing, the Court GRANTS the Stipulation of Dismissal. The action is dismissed WITH PREJUDICE pursuant to FRCP 41(a)(1).

IT IS SO ORDERED.

DATED: January 27, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE